UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAVID ZENG,
Plaintiff,

        -against-                       Case No.: 1:26-cv-01670-DLC

HH FAIRCHILD HILDINGS LLC, ET AL.,,
Defendants.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, William J. Rita, Esq., hereby certify that on April 29, 2026, I served a true and correct copy of the following document(s):

• Notice of Initial Pretrial Conference dated March 18, 2026, and

• Individual Practice Rules of the Honorable Denise Cote SDNY

on the following person(s):

Paul Hugel, Esq.  Clayman Rosenberg
hugel@clayro.com

by the following method:

☐ via the Court's electronic filing system (CM/ECF), which will send notification of such filing to all counsel of record;

☐ by mailing a copy via U.S. Mail, postage prepaid;

☒ by email to: hugel@clayro.com;

☐ by personal service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, NY
April 29, 2026

Yours etc.,

William J. Rita, Esq. of Counsel to
Bonnie H. Walker, Esq.
110 Seaman Ave, 9H,
New York, NY 10034
Bonnie.walker@bhwlegal.net
Nycbanklaw@aol.com for WJR of counsel
(646) 284-7230