UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DAVID ZENG,                              :          26cv1670(DLC)
                                         :
                          Plaintiff,     :          ORDER
              -v-                        :
                                         :
HH FAIRCHILD HOLDINGS LLC, et al.,       :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has
been settled, it is hereby

     ORDERED that the above-captioned action is discontinued
without costs to any party and without prejudice to restoring
the action to this Court's calendar if the application to
restore the action is made by **June 8, 2026.**  If no such
application is made by that date, today's dismissal of the
action is with prejudice.  See Muze, Inc. v. Digital On Demand,
Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          May 8, 2026

                              _____
                              DENISE COTE
                              United States District Judge